IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FERRELL ODEN, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-1064-MEF |
| | ) | (WO – Do Not Publish) |
| NANCY BUCKNER, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued on March 31, 2013, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendants Nancy Buckner, Angela McClintock, Sharon Bradford, and Cheryl Swain and against Plaintiffs Ferrell Oden, Lesa B. Oden, and Flo, Inc., d/b/a Oden's Boarding Homes (collectively, "Plaintiffs") with Plaintiffs taking nothing by their claims.

(2)  Costs are TAXED against Plaintiffs, for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 31st day of March, 2014.

                                                /s/ Mark E. Fuller
                                       UNITED STATES DISTRICT JUDGE